In the Matter of the Estate of ISIDORE COHN, Deceased. BERTHA M. EPHRATH, Appellant; SAMUEL SAPOWICH, as Public Administrator of Erie County, et al., Respondents.— Decree affirmed, with costs to all respondents filing separate briefs payable out of the estate. Stay vacated. All concur. (The decree denies petitioner's application for issuance of letters to her and others

named in her petition, and denies her motion to vacate letters issued to the public administrator.) Present — McCurn, Larkin, Love, Vaughan and Kimball, JJ. [189 Misc. 585.]